UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00100

**James Earl Roberts,**
*Plaintiff,*

v.

**United States of America et al.,**
*Defendants.*

# ORDER

Plaintiff James Earl Roberts, a former inmate at Smith County Jail proceeding pro se, filed this lawsuit against defendant United States of America, among others, pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge John D. Love. The magistrate judge issued a report recommending that plaintiff's civil rights lawsuit be dismissed without prejudice for failure to comply with two orders of the court. Doc. 27. No objections were filed to the magistrate judge's report.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's civil rights action is dismissed without prejudice for failure to comply with two orders of the court. All pending motions which may be pending in this civil action are denied.

*So ordered by the court on August 11, 2021.*

J. CAMPBELL BARKER
United States District Judge